IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRYSTAL JANSEN,

        Plaintiff,

        v.

DESCHUTES COUNTY and L. SHANE
NELSON, an individual,

        Defendants.

_____

Civ. No. 6:17-cv-1276-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 90), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 90) is adopted.

Defendants' motion for summary judgment is GRANTED in part as stated in the report.

The deadline to consent to Magistrate Judge Kasubhai trying this matter is January 31,

2020. With full consent, the case will be remain with Judge Kasubhai for trial. If any party does

not consent, the case will be reassigned to Judge McShane for trial.

IT IS SO ORDERED.

DATED this 3rd day of January, 2020.


_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge